# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 22-1668

———————————————

Adrianne L. Laramore

*Plaintiff - Appellant*

v.

Quality Residence, LLC

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: July 20, 2022
Filed: July 25, 2022
[Unpublished]

——————————

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

In this interlocutory appeal in a civil action, Minnesota resident Adrianne Laramore appeals the magistrate judge's order denying her motion to compel, and the

district court's[1] orders denying her motions for a preliminary injunction and temporary restraining order (TRO).

After careful review of the record and the parties' arguments on appeal, we conclude that we lack jurisdiction as to both the denial of the motion to compel, see 28 U.S.C. § 1291 (courts of appeals have jurisdiction of appeals from final decisions of district courts); Tenkku v. Normandy Bank, 218 F.3d 926, 927-28 (8th Cir. 2000) (pretrial discovery orders are not immediately appealable, because they can be effectively reviewed after final judgment); and the denial of a TRO, see Hamm v. Groose, 15 F.3d 110, 112-13 (8th Cir. 1994) (appellate court lacks jurisdiction to review denials of TROs). We further conclude the district court did not abuse its discretion in denying preliminary injunctive relief. See 28 U.S.C. § 1292(a)(1) (appellate courts have jurisdiction from interlocutory orders refusing injunctions); Goff v. Harper, 60 F.3d 518, 520 (8th Cir. 1995) (reviewing denial of preliminary injunctive relief for abuse of discretion).

Accordingly, we dismiss this appeal as to the denial of the motion to compel and the denial of a TRO; and we affirm the denial of preliminary injunctive relief, see 8th Cir. R. 47B.

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota.